NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

IN RE BATS TRADING, INC. (ALSO KNOWN AS BATS EXCHANGE, INC.), THE NASDAQ OMX GROUP, INC., NASDAQ OMX PHLX, INC., INTERNATIONAL SECURITIES EXCHANGE, LLC, CHICAGO BOARD OPTIONS EXCHANGE, INCORPORATED, NYSE EURONEXT, NYSE ARCA, INC., NYSE AMEX, LLC, SECURITIES INDUSTRY AUTOMATION CORPORATION, OPTIONS PRICE REPORTING AUTHORITY, BOSTON OPTIONS EXCHANGE GROUP, LLC, CME GROUP, INC., BOARD OF TRADE OF THE CITY OF CHICAGO, INC., AND NEW YORK MERCANTILE EXCHANGE, INC.,
*Petitioners.*

---

Miscellaneous Docket No. 964

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 09-Cv-0327, Judge Leonard Davis.

---

## ON MOTION

---

## ORDER

2

Upon consideration of Realtime Data, LLC's letter concerning its previous motion for an extension of time,

IT IS ORDERED THAT:

Any reply by the petitioners concerning the mandamus petition is due no later than December 3, 2010.

FOR THE COURT

NOV 1 8 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Dirk D. Thomas, Esq.
Keith J. Grady, Esq.
Lynn E. Rzonca, Esq.
Michael M. Murray, Esq.
David Francescani, Esq.
James H. Shalek, Esq.
Rick L. Rambo, Esq.
Scott F. Partridge, Esq.
Clerk, United States District Court For The Eastern District Of Texas

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 1 8 2018

JAN HORBALY
CLERK